UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Douglas G. Radtke,

        Petitioner,

    vs.

R.L. Morrison, Warden; Duluth
Federal Prison Camp; and the
Federal Bureau of Prisons,

        Respondents.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 06-1034(MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Petition for Writ of Habeas Corpus [Docket No. 1] is dismissed as moot.

2. That the Respondents' Motion to Dismiss Petitioner's Habeas Petition Pursuant to Title 28 U.S.C. §2241 as Moot [Docket No. 8] is granted.

                                            s/Michael J. Davis
                                            Michael J. Davis, Judge
                                            United States District Court

DATED: November 20, 2006
At Minneapolis, Minnesota